**William P. HALEY, Plaintiff–Appellant,**

v.

**W. Randolph NICHOLS, Superintendent, Chesapeake Public Schools, Defendant–Appellee.**

No. 06–2256.

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2007.

Decided: June 4, 2007.

William P. Haley, Appellant Pro Se. Robert Jon Barry, David John Sullivan,

Kaufman & Canoles, PC, Norfolk, Virginia, for Appellee.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William P. Haley appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Haley v. Nichols*, No. 2:06–cv–00361–RAJ (E.D. Va. Oct. 4 & 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*